■ NICHOLAS A. KARGER v. PIERRE F. NESI et al.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ JEAN WEILL et al. v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ ANNE G. MILLER v. JOHN BUCKLEY et al.— Motion for stay granted and the stay contained in the order to show cause, dated March 22, 1960, is continued, pending determination of the appeal, upon condition that the tenants-appellants procure the record on appeal and appellants' points to be served and filed on or before April 26, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached, and on the further condition that the appellants post a surety company under-taking by each and every tenant, 20 in number, in the amount of $750 each, within 10 days after the entry of the order entered herein. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Estate of ELLA J. SELIGMANN, Deceased. JACQUELINE SELIGMANN, Appellant; FRANCOIS G. SELIGMANN, Respondent.— Motion for extension of time granted insofar as to extend appellant's time to serve and file the appellant's points up to and including the 26th day of April, 1960, with notice of argument for the June 1960 Term of this court, said appeal to be argued or submitted when reached. The order of this court, entered February 25, 1960, is modified accordingly. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ JUDA ALTUSKY v. JABAR REALTY CORP. et al., FASTER CHECK CASHING SERVICE, INC. v. ST. PAUL FIRE & MARINE INSURANCE COMPANY.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeals to be argued or submitted when reached. Concur —Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ ESSO STANDARD OIL COMPANY v. LUNCO, INC., et al.— Motion for stay granted and the stay contained in the order to show cause, dated March 23, 1960, is continued pending the hearing and determination of the appeal, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before May 12, 1960, with notice of argu-ment for May 24, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 18, 1960. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Estate of SIDNEY H. ENGLISH, Deceased. CYRIL A. KELLEHER, Respondent; JULIA CRONIN et al., Appellants.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ HAT CORPORATION OF AMERICA v. BYER-ROLNICK HAT CORPORATION et al.— Motion to hand up certain testimony denied, without prejudice to an application at Special Term for resettlement of the order appealed from. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.